**John D. STRASSINI, Plaintiff–Appellant,**

v.

**2 UNNAMED CAPTAINS; Several Sergeants; D.A.R.T.; detention officers, of Mecklenburg County Sheriff's Department, Jail Division; Captain Collings; Captain Thomas, C.H. Harrison, Sergeant, Defendants–Appellees.**

No. 02–7443.

United States Court of Appeals, Fourth Circuit.

Submitted April 24, 2003.

Decided May 1, 2003.

John D. Strassini, Appellant Pro Se. Scott Douglas MacLatchie, Womble, Carlyle, Sandridge & Rice, Charlotte, North Carolina, for Appellees.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

John D. Strassini appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Strassini v. Two Unnamed Captains*, No. CA–00–238–3 (W.D.N.C. Sept. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*